JOHN J. TALTON, CHAPTER 13 TRUSTEE
Payee: Clerk of the Court
Please notify the Court & this office of any changes made after filing to your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1160920 | 00037 | DEXTER WAYNE GUINN & RUBY JONES GUINN | 526-6 | 0.00 | 70.83 | 0.23 | 71.06 |

Original Check written to:
TEXAS WORKFORCE COMMISSION
101 E 15TH ST
AUSTIN, TX  78714-9080

|  |  | TOTALS |  | 0.00 | 70.83 | 0.23 | 71.06 |
|---|---|---|---|---|---|---|---|